IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| George Holmes, | ) | |
| | ) | C/A No. 2:12-3079-TMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| R. Free, Contraband Officer; Ms. Whitney; | ) | |
| Mrs. Eastndy, Mail Room Staff, Maria Leggins; | ) | |
| Mail Room Coordinator; and Sharon Patterson, | ) | |
| DHO Hearing Officer, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se and *in forma pauperis*, filed this action pursuant to 42 U.S.C. § 1983. This matter is before the court for review of the Report and Recommendation of the United States Magistrate Judge Bruce Howe Hendricks made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation, or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

On February 4, 2013, the Defendants filed a motion to dismiss for lack of prosecution. (Dkt. No. 18.) By order filed on February 6, 2013, the Plaintiff was directed to advise the Clerk of Court, in writing, of a correct mailing address by February

21, 2013. Additionally, the Plaintiff was specifically advised that if he failed to respond, this action would be subject to dismissal for failure to prosecute. The Plaintiff still failed to respond.

Accordingly, the Magistrate Judge filed a Report and Recommendation recommending that the Defendants' motion to dismiss be granted, and that this action be dismissed with prejudice for lack of prosecution and failure to comply with this court's orders. Plaintiff was advised of his right to file objections to the Report and Recommendation. (Dkt. No. 23 at 3). The Plaintiff filed no objections to the Report and Recommendation. Based on the foregoing, it appears that the Plaintiff no longer wishes to pursue this action.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation (Dkt. No. 23) and incorporates it herein. It is therefore **ORDERED** that the Defendant's motion to dismiss (Dkt. No. 18) is **GRANTED**, and that this action is **DISMISSED** with prejudice for lack of prosecution and failure to comply with this court's orders pursuant to Federal Rule of Civil Procedure 41(b) and the factors outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982). *See Ballard v. Carlson*, 882 F.2d 93

(4th Cir. 1989).

**IT IS SO ORDERED.**

                 s/Timothy M. Cain
                 United States District Judge

Anderson, South Carolina
March 13, 2013

**NOTICE OF RIGHT TO APPEAL**

  The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.